Samuel SPEARS, Receiver of the Properties of the San Benito Land & Water Company et al., Appellants, v. Brice FRAZIER and his Wife, Daisy Frazier, Appellees.

(Circuit Court of Appeals, Fifth Circuit. February 4, 1925.)

No. 4328.

Appeal from the District Court of the United States for the Southern District of Texas; Joseph C. Hutcheson, Judge.

Sam Streetman and J. L. Lockett, Jr., both of Houston, Tex. (Samuel Spears, of San Benito, Cal., and Sam Streetman and Andrews, Streetman, Logue and Mobley, all of Houston, Tex., on the brief), for appellants.

J. C. George, of Brownsville, Tex. (J. C. George, Seabury, George & Taylor, and Graham, Jones, Williams & Ransome, all of Brownsville, Tex., on the brief), for appellees.

Before WALKER and BRYAN, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM. For reasons sufficiently stated in the opinion rendered by the District Judge (4 F.[2d] 1007), the decree appealed from is affirmed.